Leslie A. Cohen, Esq. (SBN: 93698)
J'aime K. Williams Esq. (SBN 261148)
LESLIE COHEN LAW, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401
Telephone: (310) 394-5900
Facsimile: (310) 394-9280
Attorneys for 57 Market Street, LLC,
Thomas Creed, Shari Creed,
and Stephen Foreht

And

Dana M. Douglas (SBN; 220053)
Attorney at Law
16235 Devonshire Street, # 19
Granada Hills, CA 91344
Telephone: (818) 360-8295
Facsimile: 8295
Facsimile: (818) 360-9852
Attorneys for MAM Wealth Management
Real Estate Fund 1, LP

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

In re

57 MARKET STREET LLC

Debtors

Case No. 1:10-bk-11114

Chapter 11

**STIPULATION REGARDING RESCHEDULING OF HEARING AND EXTENSION OF CERTAIN PROCEDURAL DEADLINES**

Date:       March 23, 2010
Time:       10;00 a.m.
Location:   Courtroom 303

TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:

57 Market Street, LLC's, the alleged debtor herein, Tom Creed, Shari Creed, and Stephen Foreht (together the "Moving Parties") and MAM Wealth Management Real Estate Fund 1, LP, petitioning party in

1
STIPULATION TO RESCHEDULE HEARING

the above-captioned bankruptcy case ("MAM") (together the "Parties") hereby stipulate that the hearing on Movant's Motion for Order Dismissing Involuntary Petition (the "Motion") currently scheduled for March 23, 2010 at 10:00 a.m. be rescheduled to April 7, 2010 or to some other time as is convenient to the court.

The Parties further stipulate that certain procedural deadlines be extended as follows:

Deadline for Moving Parties to file their Reply to MAM's Opposition: The later of March 31, 2010 or Seven calendar days before the continued hearing.

As grounds for this request, the Parties submit that they seek to continue the hearing in anticipation that the issues involved might be resolved through mediation which is currently scheduled for March 22, 2010.

IT IS SO STIPULATED.

Dated: March 16, 2010

By: _____
Leslie A. Cohen
LESLIE COHEN LAW PC

Attorneys for 57 Market Street, LLC,
Thomas Creed, Shari Creed,
and Stephen Foreht

By: _____
Dana M. Douglas

Attorneys for MAM Wealth Management
Real Estate Fund 1, LP

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 506 Santa Monica Blvd., Ste 200, Santa Monica, CA 90401. On March 16, 2010, I served the within document(s) described as:

**STIPULATION REGARDING RESCHEDULING OF HEARING AND EXTENSION OF CERTAIN PROCEDURAL DEADLINES**

on the interested parties in this action as stated on the attached mailing list.

☒ (BY MAIL) By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

☐ (BY EXPRESS MAIL) By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and overnight mailing following ordinary business practices. I am readily familiar with this firm's practice for collection and processing of Express Mail to be sent overnight by the U.S. Postal Service. Under that practice, it would be deposited on that same day in the ordinary course of business, with Express Mail postage thereon fully prepaid, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the U.S. Postal Service for receipt of Express Mail.

☐ (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, true copies of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth on the attached mailing list, with fees for overnight delivery paid or provided for.

☐ (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this firm's facsimile machine, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

☒ (BY E-MAIL) By transmitting true copies of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2010, at Santa Monica, California.

| J'AIME K WILLIAMS | /s/ J'aime K. Williams |
|---|---|
| (Type or print name) | (Signature) |

## SERVICE LIST

**Served By The Court Via Notice of Electronic Filing ("NEF")**
Scott C Clarkson sclarkson@lawcgm.com
Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
S Margaux Ross margaux.ross@usdoj.gov
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

**By Mail:**

Dana M Douglas
16235 Devonshire St #19
Granada Hills, CA 91344

MAM Wealth Management Realty Fund I LP
15456 Ventura Blvd., Suite 302
Sherman Oaks, CA 91403-3021

Ian Mitchell
3609 Seahorn Drive
Malibu, CA 90265-5643

Bay Area Financial Corp.
12400 Wilshire Blvd., Suite 230
Los Angeles, CA 90025-1055

Rafael Sanchez
15456 Ventura Blvd., Suite 302
Sherman Oaks, CA 91403-3021

Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367