FILED & ENTERED

MAR 22 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cardoza DEPUTY CLERK

Leslie A. Cohen, Esq. (SBN: 93698)
J'aime K. Williams Esq. (SBN 261148)
LESLIE COHEN LAW, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401
Telephone: (310) 394-5900
Facsimile: (310) 394-9280
Attorneys for Debtor in Possession

And

Dana M. Douglas (SBN; 220053)
Attorney at Law
16235 Devonshire Street, # 19
Granada Hills, CA 91344
Telephone: (818) 360-8295
Facsimile: 8295
Facsimile: (818) 360-9852
Attorneys for MAM Wealth Management
Real Estate Fund 1, LP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>57 MARKET STREET LLC<br><br>Debtor | Case No. 1:10-bk-11114GM<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING RESCHEDULING OF HEARING AND EXTENSION OF CERTAIN PROCEDURAL DEADLINES**<br><br>OLD DATE: MARCH 23, 2010<br>**New Date:  April 7, 2010**<br>Time:  10:00 a.m.<br>Place:  Courtroom 303 |

Pursuant to the Stipulation Regarding Rescheduling Of Hearing And Certain Procedural Deadlines between 57 Market Street, LLC's, the alleged debtor herein, Tom Creed, Shari Creed, and Stephen Foreht (together the "Moving Parties") and MAM Wealth Management Real Estate Fund 1, LP, petition party in the above-captioned bankruptcy case ("MAM'), (the "Stipulation"), and good cause appearing therefrom,

1  IT IS SO ORDERED THAT:

2  1.  The Stipulation is hereby approved in its entirety;

3  2.  The Hearing Moving Parties Motion to Dismiss Case is continued from March 23, 2010 at

4  10:00 a.m. to April 7, 2010 at 10:00 a.m. in Courtroom 303;

5  3.  The new Reply due date shall be 7 days before the continued hearing.

6  ###

23  _____
24  DATED: March 22, 2010
United States Bankruptcy Judge

| 57 Market Street LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-11114 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401**

The foregoing document described ORDER APPROVING STIPULATION REGARDING RESCHEDULING OF HEARING AND EXTENSION OF CERTAIN PROCEDURAL DEADLINES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 16, 2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Judge Geraldine Mund
U.S. Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  March 16, 2010  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Dana M Douglas  danadouglaslaw@aol.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/16/10 | J'aime Williams | /s/ J'aime Williams |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                **F 9013-3.1**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER APPROVING STIPULATION REGARDING RESCHEDULING OF HEARING AND EXTENSION OF CERTAIN PROCEDURAL DEADLINES  was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 3/16/10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Scott C Clarkson sclarkson@lawcgm.com
Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
S Margaux Ross margaux.ross@usdoj.gov
United States Trustee (SV)  ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached pag

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

Dana M Douglas
16235 Devonshire St #19
Granada Hills, CA 91344

MAM Wealth Management Realty Fund I LP
15456 Ventura Blvd., Suite 302
Sherman Oaks, CA 91403-3021

Ian Mitchell
3609 Seahorn Drive
Malibu, CA 90265-5643

Bay Area Financial Corp.
12400 Wilshire Blvd., Suite 230
Los Angeles, CA 90025-1055

Rafael Sanchez
15456 Ventura Blvd., Suite 302
Sherman Oaks, CA 91403-3021

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9021-1.1**